**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-60809**
**Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**CURTIS GLINSEY,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Northern District of Mississippi**
**(2:98-CR-10-1-D)**

_____

January 8, 2003

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Curtis Glinsey, *pro se* (post-appeal and post-denial of § 2255 relief), appeals the denial of: a 28 U.S.C. § 455 recusal motion; and a FED. R. CIV. P. 60(b) motion seeking reconsideration of denial of a motion for a copy of a sealed order connected to Glinsey's prosecution (pleaded guilty).

Glinsey's speculative, unsupported allegations of bias are insufficient grounds for recusal. *See **United States v. Miranne**,*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

688 F.2d 980, 985 (5th Cir. 1982), *cert. denied*, 459 U.S. 1109 (1983).  Glinsey also asserts recusal is warranted because he may call the district judge as a witness in other pending civil actions.  This issue was not presented to the district court and, thus, is not properly before our court.  *See* **Varnado v. Lynaugh**, 920 F.2d 320, 321 (5th Cir. 1991).

Because Glinsey assigns no specific error to the district court's denial of his FED. R. CIV. P. 60(b) motion, this issue is waived.  *See* **Kansa Reinsurance Co., Ltd. v. Cong. Mortgage Corp.**, 20 F.3d 1362, 1374 n.14 (5th Cir. 1994).

*AFFIRMED*